DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tiffani Rinzel, | Case No. 1:22-cv-00143-AWI-GSA |
| Plaintiff, | STIPULATION AND |PROPOSED| ORDER FOR EXTENSION OF TIME |
| vs. | |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from August 22, 2022 to September 21, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time.  Counsel for the Plaintiff is currently out of State attending to an emergency with her ill father. (see

attached declaration). Additional time will be needed in light of limited access to her computer and the recent assignment of this matter to undersigned Counsel.

In addition, Counsel has five merit briefs due the week of August 22, 2022 along with EAJA negotiations, and reply briefs.

Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: August 18, 2022       PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff


Dated: August 18, 2022       PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration


By:  *\*/s/ Ellinor R. Coder*
Ellinor R. Coder
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on August 18, 2022)

## **ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

   Dated: __**August 19, 2022**__              _____**/s/ Gary S. Austin**_____
                                                          UNITED STATES MAGISTRATE JUDGE