DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tiffani Rinzel,<br><br>          Plaintiff,<br><br>     vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>          Defendant. | Case No. 1:22-cv-00143-AWI-GSA<br><br>STIPULATION AND  ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 13-day extension of time, from September 21, 2022 to October 4, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's third request for an extension of time.  Counsel for the Plaintiff returned the weekend of September 11, 2022 from Texas after being out several weeks attending to an emergency with her ill father. (see attached

declaration). As Counsel has just recently returned, additional time will be needed to ensure the timely filing of many merit briefs that are already on multiple extensions.

The weeks of September 19, 2022 and September 26, 2022, Counsel for the Plaintiff has six merit briefs, and several EAJA Motions. Counsel requires this short 13 day extension to allow her to brief the issues on this matter thoroughly for the Court's consideration. Plaintiff makes this request in good faith with no intention to further delay this matter. Defendant does not oppose the requested extension.  Counsel apologizes s to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: September 21, 2022        PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff


Dated: September 21, 2022        PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration


By:   *\*/s/ Ellinor R. Coder*
Ellinor R. Coder
Special Assistant United States Attorney
Attorneys for Defendant
(\*As authorized by email on September 16, 2022)

2

## ORDER

Pursuant to stipulation,

IT IS SO ORDERED.

    Dated:   **September 23, 2022**　　　　　　**/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE